FILED

05/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0147

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0147

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ALEXANDER GARRETT LAFORGE, III,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until June 21, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 15 2023